No. 47000.—Protests 971759–G, etc., of Butler Bros. et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 5, 1942

No. 47001.—

Protests 967523–G, etc., of Browne Vintners Co., Inc. C. D. 586. Plaintiff's motion for rehearing denied.

BEFORE THE FIRST DIVISION, MARCH 11, 1942

No. 47002.—Protest 29263–K of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the horns in question are about 5 inches long, cone-shaped, and measure about 1¾ inches at the bottom, that they have a harmonica reed in the mouthpiece, and that they are in chief value of base metal, not plated. Two witnesses testified for the plaintiff that these articles are chiefly used as noisemakers at night clubs and at parties attended by adults. One witness testified that he had seen them used by children, but that they were chiefly used by adults. No testimony was introduced by the defendant. It was found that the presumption of correctness attaching to the classification by the collector had been clearly overcome by the evidence adduced. The protest was therefore sustained.

No. 47003.—Protest 37773–K of F. C. Mader (Tampa).

Opinion by OLIVER, P. J. There was no appearance on the part of the plaintiff when this protest was called for trial. An examination of the papers disclosed nothing to support the claim made. The protest was therefore overruled.